

| | | | | |
|---|---|---|---|---|
| Zackmire v. State ............... | 23A01–1701–CR–202 | 07/03/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Ullery v. State ................. | 20A05–1702–CR–350 | 07/03/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Maloney v. State ................ | 69A01–1702–CR–333 | 07/03/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Nesbit v. State .................. | 84A01–1611–CR–2704 | 07/03/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Wakefield v. State ............... | 09A04–1609–CR–2063 | 07/03/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Bond v. Bond ................... | 68A01–1612–DR–2856 | 07/05/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Garner v. State ................. | 62A04–1612–CR–2774 | 07/05/2017 | BRADFORD, J.<br><br><br><br>NAJAM, J.<br>RILEY, J. | Reversed in part and affirmed in part<br>Concurs<br>Concurs |